## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

JOSHUA DANIEL LINDSEY

DEBTOR(S),

Case No.  17-70050
Chapter 13
Plan filed on 01/31/2017

Judge Mary P. Gorman

## OBJECTION TO CONFIRMATION OF
## PLAN FILED ON 01/31/2017

**NOW COMES** WELLS FARGO BANK, NA, (hereinafter "Movant"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court for an Order denying Confirmation of Debtor's plan filed on 01/31/2017 and in support thereof respectfully represents as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409;

2.      Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 1/17/17;

3.      Movant is a secured mortgage holder or servicer on the property commonly known as 6201 Little Galilee Road, Clinton, IL;

4.      Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code;

5.      The Chapter 13 plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments;

6.    Debtor's plan proposes a monthly payment of $100.00 to the Standing Trustee for 5 months, then $465.00 for 55 months for the benefit of creditors for a period of 60 months;

7.    Movant filed a Proof of Claim in the instant case totaling $25,243.50, for pre-petition arrearages;

8.    Debtor's proposed Chapter 13 plan provides for payment to Movant for arrears in the amount of $21,000.00, which is insufficient to cure the entire claim, totaling $25,243.50, and no objections to claim have been filed;

9.    Debtor's plan specifies the amount of the monthly current mortgage payment to be made by the Debtor as $1036.00;

10.    That the correct payment amount pursuant to the contract is $1073.87 and said amount may change from time to time due to escrow analysis or for other reasons;

11.    That creditor objects to Debtor's proposed plan providing for a total claim to be paid to creditor in the amount of $131,736.00. Creditor's claim amount at time of filing is estimated at $150,654.15. The plan could be construed to bind creditor as to the amount due. This amount should be determined pursuant to the contract;

12.    That sufficient grounds exist for denial of confirmation as Debtor's plan:

    a.    fails to cure Movant's entire pre-petition arrearage claim;

    b.    fails to provide for correct post petition mortgage payment;

    c.    may have the effect of binding parties to an amount due or the claim that is not accurate and should be determined pursuant to the underlying contract;

**WHEREFORE,** WELLS FARGO BANK, NA prays this Court deny confirmation of the plan and for such other and further relief as this Court may deem just and proper.

Dated this  February 21, 2017.

        Respectfully Submitted,

        CODILIS & ASSOCIATES, P.C.

        By:  /s/ Rachael A. Stokas

        Berton J. Maley ARDC#6209399
        Rachael A. Stokas ARDC#6276349
        Gloria C. Tsotsos ARDC#6274279
        Jose G. Moreno ARDC#6229900
        Peter C. Bastianen ARDC#6244346
        Joel P. Fonferko ARDC#6276490
        MaryAnn G. Kier #59899MO
        CODILIS & ASSOCIATES, P.C.
        15W030 North Frontage Road, Suite 100
        Burr Ridge, IL 60527
        (630) 794-5300
        **C&A File No. (14-15-12830)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

IN RE:

JOSHUA DANIEL LINDSEY

DEBTOR(S),

Case No. 17-70050
Chapter 13

Judge Mary P. Gorman

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that I served a copy of the attached Objection upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on February 21, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on February 21, 2017.

John H. Germeraad, Chapter 13 Trustee, P.O. Box 9768, Springfield, IL 62791-9768 by electronic notice through ECF
Joshua Daniel Lindsey, Debtor(s), 6201 Little Glilee Road, Clinton, IL 61727
Michael James Meyers, Attorney for Debtor(s), 201 W. Olive St., Bloomington, IL 61701 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

  /s/ Rachael A. Stokas
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-15-12830)**

NOTE: This law firm is a debt collector.