Form oscclaim

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

***In Re:*** Aaron L. Smith, Sr.
***Debtor***

***Case No.:*** 17−70064

***Chapter:*** 13

---

**ORDER TO SHOW CAUSE RE: PAPER FILED CLAIM**

It appearing to the Court that the following document was filed in violation of the Amended General Order Assigning All Cases to the Electronic Filing System Effective April 12, 2004 (Entered January 10, 2007). (See attached)

Claim No.: 3−1

Claimant : Midwest Acceptance Corporation

Date Filed: 4/28/17

**IT IS HEREBY ORDERED:**

Any party in interest may file a written response to this Order To Show Cause by **5/15/17** setting forth cause why the paper filed document described above should not be stricken for having been filed in violation of the Amended General Order Assigning All Cases to the Electronic Filing System Effective April 12, 2004 (Entered January 10, 2007). In the absence of a response, the paper filed document will be stricken without further notice or hearing. Any response to this Order which is paper filed, may be considered by the Court but is also subject to being stricken without further notice or hearing.

Dated: 4/28/17

/S/ Mary P. Gorman
United States Bankruptcy Judge

**Note: Claims may be filed electronically on our website at http://www.ilcb.uscourts.gov.**
**No login or password is required to file a claim.**

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

**ELECTRONIC CASE FILING**

**Amended General Order Assigning All Cases to the Electronic Filing System Effective April 12, 2004**

Pursuant to the court's Amended General Order Authorizing Electronic Case filing entered January 7, 2004, all future, pending, and closed cases are hereby assigned to the Electronic Filing System effective April 12, 2004. The court will no longer accept paper documents for filing except from pro se debtors, certain creditor−claimants, and attorneys currently enrolled in a bankruptcy ECF training class in this district. Creditor−claimants such as credit card companies, financial institutions, and collection agencies who receive multiple bankruptcy notices annually are required to file electronically.

Attorneys who have attended an ECF training class shall have a 15 day grace period following the date of their class in which they may file paper documents.

ENTERED: January 10, 2007

/s/ Thomas L. Perkins, Chief U.S. Bankruptcy Judge

/s/ Mary P. Gorman, U.S. Bankruptcy Judge

/s/ Gerald D. Fines, U.S. Bankruptcy Judge

*Go to **www.ilcb.uscourts.gov** for originally signed order.*