IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RYAN JACOB COOLEY | ) | No. 17-70074 |
| | ) | |
| Debtor. | ) | |

**CREDITOR'S WITHDRAWAL OF PREVIOUSLY FILED MOTION FOR RELIEF FROM STAY**

COMES NOW Creditor, U.S. Bank National Association, by and through its attorneys, Brooks Law Firm, P.C., and hereby requests its previously filed Motion for Relief from Stay filed as Docket No. 17 be withdrawn by the Court.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION

/s/ Jeffrey C. McDaniel

Jeffrey C. McDaniel
Brooks Law Firm, P.C.
3725 Blackhawk Road, Suite 200
Rock Island, IL 61201
Telephone: (309) 786-4900
Facsimile: (309) 786-4940
jcm@brookslawfirmpc.com
**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was sent to the below-listed individuals by electronic means or by enclosing the same in an envelope in a U.S. Post Office mailbox in Rock Island, Illinois on the 19th day of April 2017.

/s/ Jeffrey C. McDaniel

VIA U.S. MAIL
Ryan Jacob Cooley
3521315 E. Street
Versailles, IL 62378

VIA ELECTRONIC MEANS
Joseph Camiel Pioletti
Attorney for Debtor
UpRight Law LLC
107 E. Eureka Street
Eureka, IL 61530

VIA ELECTRONIC MEANS
John H. Germeraad
Trustee
P.O. Box 9768
Springfield, IL 62791-9768

VIA ELECTRONIC MEANS
U.S. Trustee
Office of Nancy J. Gargula U.S. Bankruptcy Trustee
401 Main Street, #1100
Peoria, IL 61602