**IT IS SO ORDERED.**

**SIGNED THIS: March 22, 2017**

**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

---

U.S. BANKRUPTCY COURT
Central District of Illinois

In re: Garald Preston Wilson — Case No. 17-70042

Debtor

## ORDER

The following having been filed:

1) Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2's Motion to Withdraw Objection to Confirmation [Doc 35]

IT IS ORDERED THAT:

| Matter | Action |
| --- | --- |
| 1. | Denied as unnecessary. |

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

###