Form schobj

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

***In Re:*** Joshua Daniel Lindsey
***Debtor***

***Case No.:*** 17−70050

***Chapter:*** 13

---

***OBJECTION DATE NOTICE***

***Notice is hereby provided:***

On 5/4/2017, Credit Acceptance Corporation filed a Motion for Relief from Stay as to a 2008 Dodge Durango VIN: 1D8HB48N68F137359 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **5/21/17**.

You must also serve a copy on interested parties and file a proof of service with the clerk of the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 5/4/17

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.